**DISMISS; and Opinion Filed May 17, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01245-CV

### JESS LEDBETTER, Appellant
### V.
### GURLEY PLACE APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04676-B**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. After appellant failed to respond to our letter regarding the reporter's record in this case, the Court ordered the appeal submitted without a reporter's record and appellant's brief to be filed by February 26, 2016. By postcard dated February 29, 2016, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file both appellant's brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


151245F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JESS LEDBETTER, Appellant

No. 05-15-01245-CV          V.

GURLEY PLACE APARTMENTS,
Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-15-04676-B.
Opinion delivered by Justice Schenck.
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee GURLEY PLACE APARTMENTS recover its costs of this appeal from appellant JESS LEDBETTER.

Judgment entered this 17th day of May, 2016.